[No. 21025–4–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED
V. BALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02332–8, Gerard M. Shellan, J., entered
August 28, 1987. *Dismissed* by unpublished per curiam
opinion.

[No. 23353–0–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DEAN
DAMON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01163–6, Marsha J. Pechman, J., entered
November 9, 1988. *Dismissed* by unpublished per curiam
opinion.

[No. 22970–2–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY
FREGIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–02634–0, Arthur E. Piehler, J., entered
September 22, 1988. *Dismissed* by unpublished per curiam
opinion.

[No. 23051–4–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87–1–01221–7, Joseph A. Thibodeau,
J., entered September 12, 1988. *Dismissed* by unpublished
per curiam opinion.